UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RICHARD M. ZAMPESE,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Comm.<br>Social Security Administration,<br><br>        Defendant, | ) CV 08-5339-JFW (SH)<br>)<br>) ORDER ADOPTING REPORT<br>) AND RECOMMENDATION OF<br>) UNITED STATES MAGISTRATE<br>) JUDGE<br>)<br>)<br>)<br>)<br>)<br>) |

    Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

    IT IS ORDERED that (1) the Report and Recommendation is approved and adopted as the Fact and Conclusions of Law herein; and (2) Judgment be entered dismissing plaintiff's Complaint.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment by United States mail on the plaintiff and on the United States Attorney for the Central District of California.

DATED: April 15, 2009

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE