UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RICHARD M. ZAMPESE, | ) CV 08-5339-JFW (SH) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner, Social Security, Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the Complaint is dismissed.

DATED: April 15, 2009

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE